UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SANDFORD WOODY, Individually and on Behalf :
of All Other Persons Similarly Situated,

                 Plaintiffs,

     -against-                             **Civil Action No.**

CVS CAREMARK CORPORATION, d/b/a CVS,
a Delaware Corporation

                 Defendant.
------------------------------------------------------------X

## CONSENT TO BECOME PARTY PLAINTIFF

Comes now _ENAMUL H CHOWDHURY_ pursuant to 29 U.S.C. §216(b) and files this consent to become a party plaintiff in the above lawsuit.

I hereby specifically authorize the named Plaintiffs, along with counsel of record for the named Plaintiffs, to represent me and act as my agent to prosecute this lawsuit on my behalf, to make any and all decisions with respect to the conduct of this litigation, and to negotiate and/or settle any and all compensation claim(s) I have against CVS Caremark Corporation, d/b/a CVS, a Delaware Corporation.

_____
Signature

ENAMUL H CHOWDHURY
Name (Printed)

31-16, 68th ST APT #1G
Address

WOODSIDE NY, 11377
City, State, Zip

347-813-4802
Telephone Number

10-13-07
Date