Jill L. Rosenberg
Aimee B. Florin
Heather A. Glatter
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Tel:    212-506-5000

Nancy A. Rafuse
Tracey T. Barbaree
James J. Swartz, Jr.
ASHE, RAFUSE & HILL, LLP
1335 Peachtree Street, N.E., Suite 500
Atlanta, Georgia 30309
Tel:    404-253-6000
(*Pro Hac* Vice admission applications to be filed)

Attorneys for CVS Caremark Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDFORD WOODY, Individually and on behalf of All Others Persons Similarly Situated,<br><br>                    Plaintiffs,<br><br>     -against-<br><br>CVS CAREMARK CORPORATION, d/b/a/ CVS, a Delaware Corporation,<br><br>                    Defendant. | 07-CV-8733<br><br>**RULE 7.1 STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualifications or recusals, the undersigned counsel for CVS Caremark Corporation (a private, non-governmental party) ("Defendant")[1], certifies that the following corporate parents, subsidiaries and/or affiliates of Defendant are

---

[1] CVS Caremark Corporation, not subject to this Court's personal jurisdiction, appears specially and without waiver of jurisdictional objections and defenses.

OHS East:160328710.1

publicly held and/or the following public corporations own 10 percent or more of Defendant's stock: CVS Caremark Corporation has no publicly-held corporate parents, affiliates or subsidiaries.

Dated: New York, New York
November 5, 2007

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

Attorneys for Defendant CVS Caremark Corporation

By:   /s Aimee B. Florin
Jill L. Rosenberg
Aimee B. Florin
Heather A. Glatter
666 Fifth Avenue
New York, New York 10103
Tel:    212-506-5000

Nancy E. Rafuse
Tracey T. Barbaree
James J. Swartz, Jr.
ASHE, RAFUSE & HILL, LLP
1355 Peachtree Street, N.E., Suite 500
Atlanta, Georgia 30309
Tel:    404-253-6000
(*Pro Hac Vice* admission applications to be filed)