# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of New York

Index Number: 07 CIV 8733

Date Filed: 10/10/2007

Plaintiff:
SANFORD WOODY, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED

vs.

Defendant:
CVS CAREMARK CORP, ET AL

For:
LOCKS LAW FIRM

New York, NY

Received by LEGALEASE INC. on the 12th day of October, 2007 at 3:11 pm to be served on **CVS CAREMARK CORP, 1 C.V.S. Drive, Woonsocket, RI 02895**.

I, James F. Mallinson, being duly sworn, depose and say that on the **15th day of October, 2007** at 11:54 am, I:

SERVED the within named CORPORATION by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND** with the date and hour of service endorsed thereon by me to AMANDA CLARK, LEGAL ASSISTANT 401-770-3540 as AUTHORIZED MANAGING BUSINESS AGENT of the within named corporation.

**Description** of Person Served: Age: 28, Sex: F, Race/Skin Color: White, Height: 5'7, Weight: 130, Hair: Brown, Glasses: N

Before me on the 7th day of November, 2007 there personally appeared before me the above named individual who swore to the truth of the statements contained in this affidavit

NOTARY PUBLIC

PAUL G. HUGHES
Notary Public ID # 7370
State of RI and Providence Plantations
My Commission Expires Dec. 4, 2010

James F. Mallinson
R.I. Constable 6174

LEGALEASE INC.
139 Fulton St.
New York, NY  10038
(800) 393-1277

Our Job Serial Number: 2007164101

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c