UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDFORD WOODY, individually and on behalf of all other persons similarly-situated,

                Plaintiff,

v.

CVS CAREMARK CORPORATION, d/b/a/ CVS, a Delaware Corporation

                Defendant.

---

Case No.: 1:07-cv-08733-DAB

**MOTION TO ADMIT COUNSEL
JAMES J. SWARTZ, JR.
*PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and on behalf of Defendant CVS Caremark Corporation[1], I, Aimee B. Florin, am a member in good standing of the bar of this Court, and hereby move for an Order allowing the admission *pro hac vice* of

    Applicant's Name:    James J. Swartz, Jr., Esq.
    Firm Name:    Ashe, Rafuse & Hill, LLP
    Address:    1355 Peachtree Street, N.E., Suite 500
    City/State/Zip:    Atlanta, Georgia 30309-3232
    Phone Number:    (404) 253-6000
    Fax Number:    (404) 253-6060

James J. Swartz, Jr. is a member in good standing of the Bar of the State of Georgia. There are no pending disciplinary proceedings against James J. Swartz, Jr. in any State or Federal Court.

Dated: New York, New York
November 19, 2007

Respectfully submitted,

*/s/ Aimee B. Florin*

Jill L. Rosenberg, Esq.
Aimee B. Florin, Esq.
Heather A. Glatter, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103-0001
Tel:    212-506-5000

Counsel for Defendant CVS Caremark Corporation

---

[1] CVS Caremark Corporation, not subject to this Court's personal jurisdiction, appears specially and without waiver of jurisdictional objections and defenses.

OHS East:160330629.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDFORD WOODY, individually and on behalf of all other persons similarly-situated,<br><br>                    Plaintiff,<br><br>v.<br><br>CVS CAREMARK CORPORATION, d/b/a/ CVS, a Delaware Corporation<br><br>                    Defendant. | Case No.: 1:07-cv-08733-DAB<br><br>AFFIDAVIT OF<br>AIMEE B. FLORIN<br>IN SUPPORT OF MOTION<br>TO ADMIT COUNSEL<br>JAMES J. SWARTZ, JR.<br>*PRO HAC VICE* |

Aimee B. Florin, being duly sworn, hereby deposes and says as follows:

1. I am a Partner at Orrick, Herrington & Sutcliffe, LLP, local counsel for Defendant CVS Caremark Corporation[1] ("Defendant") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit James J. Swartz, Jr. as counsel *pro hac vice* to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1996. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. James J. Swartz, Jr. serves as counsel to the Defendant and is familiar with the proceedings in this case.

4. James J. Swartz, Jr. is an Associate at Ashe, Rafuse & Hill, LLP, in Atlanta, Georgia.

5. Mr. Swartz is a skilled attorney and person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of James J. Swartz, Jr., *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of James J. Swartz, Jr., *pro hac vice*, which is attached hereto as Exhibit A.

---

[1] CVS Caremark Corporation, not subject to this Court's personal jurisdiction, appears specially and without waiver of jurisdictional objections and defenses.

OHS East:160330634.1

WHEREFORE, it is respectfully requested that the motion to admit James J. Swartz, Jr., *pro hac vice*, to represent Defendant in the above-captioned matter, be granted.

Dated: New York, New York
　　　　November 19, 2007

Respectfully submitted,

_____
Aimee B. Florin
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103
Tel:　212-506-5000
Fax:　212-506-5151

Counsel for Defendant CVS Caremark Corporation

Sworn to before me this
19th day of November, 2007

_____
Notary Public

THOMAS BACKIEL
Notary Public, State of New York
No. 01BA6083754
Qualified in Queens County
Commission Expires Nov. 25, 2010

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. James Joseph Swartz Jr.
Ashe Rafuse & Hill LLP
1355 Peachtree Street, N.E., Suite 500
Atlanta, GA 30309-3232

**CURRENT STATUS:**   Active Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:**   11/01/1999

**Attorney Bar Number:**   694319

Today's Date:   November 2, 2007

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
- Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.
- Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brandy Preston*
Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**        }
                                     } ss.
**NORTHERN DISTRICT OF GEORGIA**     }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY that James Joseph Swartz, State Bar No. 694319,** was duly admitted to practice in said Court on January 18, 2000, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 1st day of November, 2007.



JAMES N. HATTEN
CLERK OF COURT

By: _____
Cheryl Goins
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDFORD WOODY, individually and on behalf of all other persons similarly-situated,<br><br>    Plaintiff,<br><br>v.<br><br>CVS CAREMARK CORPORATION, d/b/a/ CVS, a Delaware Corporation<br><br>    Defendant. | Case No.: 1:07-cv-08733-DAB<br><br>**AFFIDAVIT OF SERVICE BY MAIL** |

I, Deborah Chernoff, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age, and reside in New York, New York. On November 19, 2007, I served a true and correct copy of Defendant's Motion to Admit Counsel James J. Swartz, Jr. *Pro Hac Vice* by placing a true copy thereof in a properly addressed envelope, with first-class, postage pre-paid, and depositing said envelope in an official receptacle of the United States Postal Service within the State of New York, upon:

| | |
|---|---|
| Fran L. Rudich, Esq.<br>Locks Law Firm PLLC<br>110 East 55th Street<br>New York, New York 10022 | Jeffrey Michael Gottlieb, Esq.<br>Berger & Gottlieb<br>150 East 18th Street<br>New York, New York 10003 |

_____
Deborah Chernoff

Sworn to before me this
19th day of November, 2007

_____
Notary Public

THOMAS BACKIEL
Notary Public, State of New York
No. 01BA6083754
Qualified in Queens County
Commission Expires Nov. 25, 2010

OHS East:160345136.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDFORD WOODY, individually and on behalf of all other persons similarly-situated,

       Plaintiff,

v.

CVS CAREMARK CORPORATION, d/b/a/ CVS, a Delaware Corporation

       Defendant.

Case No.: 1:07-cv-08733-DAB

**ORDER FOR ADMISSION OF JAMES J. SWARTZ, JR.** *PRO HAC VICE* **ON WRITTEN MOTION**

Upon the motion of Aimee B. Florin, attorney for Defendant CVS Caremark Corporation,[1] and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | James J. Swartz, Jr., Esq. |
| Firm Name: | Ashe, Rafuse & Hill, LLP |
| Address: | 1355 Peachtree Street, N.E., Suite 500 |
| City/State/Zip: | Atlanta, Georgia 30309-3232 |
| Telephone/Fax: | (404) 253-6000; (404) 253-6060 |
| Email Address: | jimswartz@asherafuse.com |

is admitted to practice *pro hac vice* as counsel for CVS Caremark Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
   November ___, 2007

                _____
                Honorable Deborah A. Batts
                United States District Judge

---

[1] The Court notes that CVS Caremark Corporation asserts that it is not subject to this Court's personal jurisdiction and that it appears specially and without waiver of jurisdictional objections and defenses.

OHS East:160330773.1