

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDFORD WOODY, individually and on behalf of all other persons similarly-situated,

    Plaintiff,

v.

CVS CAREMARK CORPORATION, d/b/a/ CVS, a Delaware Corporation

    Defendant.

Case No.: 1:07-cv-08733-DAB

**ORDER FOR ADMISSION OF TRACEY T. BARBAREE *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of Aimee B. Florin, attorney for Defendant CVS Caremark Corporation,[1] and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Tracey T. Barbaree, Esq. |
| Firm Name: | Ashe, Rafuse & Hill, LLP |
| Address: | 1355 Peachtree Street, N.E., Suite 500 |
| City/State/Zip: | Atlanta, Georgia  30309-3232 |
| Telephone/Fax: | (404) 253-6000; (404) 253-6060 |
| Email Address: | traceybarbaree@asherafuse.com |

is admitted to practice *pro hac vice* as counsel for CVS Caremark Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       November **30**, 2007

*Deborah A. Batts*
Honorable Deborah A. Batts
United States District Judge

---

[1] The Court notes that CVS Caremark Corporation asserts that it is not subject to this Court's personal jurisdiction and that it appears specially and without waiver of jurisdictional objections and defenses.

OHS East:160330757.1