IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANFORD WOODY, individually and on
behalf of all other persons similarly-situated,

                    Plaintiff,

v.                                Case No. 1:07-cv-08733-DBA

CVS CAREMARK CORPORATION,
d/b/a CVS, a Delaware Corporation

                    Defendant.

---

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Fran L. Rudich, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Anna M. Pohl

    Mehri & Skalet, PLLC

    1250 Connecticut Ave., NW

    Suite 300

    Washington, D.C. 20036

    Phone Number:    202-822-5100

    Fax Number:    202-822-4997

Anna M. Pohl is a member in good standing of the Bar of the State of Massachusetts and the District of Columbia.

There are no pending disciplinary proceedings against Anna M. Pohl in any State or Federal Court.

Dated:    April 8, 2008
City, State:    New York, NY

Respectfully submitted,

*[signature]*

Fran L. Rudich (FR7577)
LOCKS LAW FIRM, PLLC
110 East 55th Street
12th Floor
New York, NY 10022

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANFORD WOODY, individually and on
behalf of all other persons similarly-situated,

       Plaintiff,

v.             Case No. 1:07-cv-08733-DBA

CVS CAREMARK CORPORATION,
d/b/a CVS, a Delaware Corporation

       Defendant.

---

### AFFIDAVIT OF FRAN L. RUDICH IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Fran L. Rudich, being duly sworn, hereby deposes and says as follows:

1. I am Partner at Locks Law Firm, PLLC, and counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Anna M. Pohl as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in (full date). I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Ms. Pohl is an Associate at Mehri & Skalet, in Washington, D.C.

4. I have found Ms. Pohl to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Anna M. Pohl, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of Anna M. Pohl, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Anna M. Pohl, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: April 8, 2008
City, State: Washington, DC

Notarized:

*[Signature: Jennifer Russell, 4/8/08]*

Jennifer Russell
Notary Public State of New York
No. 01RU6126256
Qualified in New York County
Commission Expires May 2, 20_08_

Respectfully submitted,

*[Signature]*

Fran L. Rudich (FR7577)

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANFORD WOODY, individually and on
behalf of all other persons similarly-situated,

                       Plaintiff,

v.                                        Case No. 1:07-cv-08733-DBA

CVS CAREMARK CORPORATION,
d/b/a CVS, a Delaware Corporation

                       Defendant.

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Fran L. Rudich, attorney for Sanford Woody and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Anna M. Pohl

        Mehri & Skalet, PLLC

        1250 Connecticut Ave., NW

        Suite 300

        Washington, DC 20036

        Phone Number: 202-822-5100

        Fax Number: 202-822-4997

is admitted to practice *pro hac vice* as counsel for Sanford Woody in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subjected to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State:   Washington, D.C.

_____
Magistrate Judge Debra C. Freeman

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **eighteenth** day of **June** A.D. **2003**, said Court being the highest Court of Record in said Commonwealth:

**Anna Marie Pohl**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fourteenth** day of **March** in the year of our Lord **two thousand and eight**.

*(signature)*
MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**ANNA M. POHL**

was on the 9TH day of JANUARY, 2006 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 12, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
          Deputy Clerk