IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANFORD WOODY, individually and on
behalf of all other persons similarly-situated,

                Plaintiff,

v.                                        Case No. 1:07-cv-08733-DBA

CVS CAREMARK CORPORATION,
d/b/a CVS, a Delaware Corporation

                Defendant.

---

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Fran L. Rudich, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Ellen L. Eardley

    Mehri & Skalet, PLLC

    1250 Connecticut Ave., NW

    Suite 300

    Washington, D.C. 20036

    Phone Number:    202-822-5100

    Fax Number:    202-822-4997

Ellen L. Eardley is a member in good standing of the Bar of the State of Illinois and the District of Columbia.

There are no pending disciplinary proceedings against Ellen L. Eardley in any State or Federal Court.

Dated:    April 8, 2008
City, State:    New York, NY

Respectfully submitted,

*[signature]*

Fran L. Rudich (FR7577)
LOCKS LAW FIRM, PLLC
110 East 55th Street
12th Floor
New York, NY 10022

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SANFORD WOODY, individually and on
behalf of all other persons similarly-situated,

                             Plaintiff,

v.                                           Case No. 1:07-cv-08733-DBA

CVS CAREMARK CORPORATION,
d/b/a CVS, a Delaware Corporation

                             Defendant.

## AFFIDAVIT OF FRAN L. RUDICH IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Fran L. Rudich, being duly sworn, hereby deposes and says as follows:

1. I am Partner at Locks Law Firm, PLLC, and counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Ellen L. Eardley as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in (full date). I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Ms. Eardley is an Associate at Mehri & Skalet, in Washington, D.C.

4. I have found Ms. Eardley to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Ellen L. Eardley, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of Ellen L. Eardley, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Ellen L. Eardley, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: April 8, 2008
City, State: Washington, DC

Notarized: 4/8/08

*Jennifer Russell*

Jennifer Russell
Notary Public State of New York
No. 01RU6126256
Qualified in New York County
Commission Expires May 2, 20 08

Respectfully submitted,

_____
Fran L. Rudich (FR7577)

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANFORD WOODY, individually and on
behalf of all other persons similarly-situated,

                            Plaintiff,

v.                                          Case No. 1:07-cv-08733-DBA

CVS CAREMARK CORPORATION,
d/b/a CVS, a Delaware Corporation

                            Defendant.

---

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Fran L. Rudich, attorney for Sanford Woody and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Ellen L. Eardley

    Mehri & Skalet, PLLC

    1250 Connecticut Ave., NW

    Suite 300

    Washington, DC 20036

    Phone Number: 202-822-5100

    Fax Number: 202-822-4997

is admitted to practice *pro hac vice* as counsel for Sanford Woody in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subjected to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State:   Washington, D.C.

_____
Magistrate Judge Debra C. Freeman



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

                         ELLEN L. EARDLEY

was on the    9TH    day of    AUGUST, 2004

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 13, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
                Deputy Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Ellen Louise Eardley

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 6, 2003 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Monday, March 17, 2008.

*Juleann Hornyak*

Clerk