UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SANFORD WOODY, Individually and on Behalf   :
of All Other Persons Similarly Situated,
                                            :
                                            :
               Plaintiffs,                  :   07 cv 8733
                                            :
       -against-                            :   **STIPULATION**
                                            :
CVS CAREMARK CORPORATION, d/b/a CVS,        :
a Delaware Corporation,
                                            :
                                            :
               Defendant.                   :
----------------------------------------------------------------X

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff and Defendant, that the Plaintiff may amend their complaint in the form attached hereto.

**LOCKS LAW FIRM, PLLC**
110 East 55th Street, 12th Floor
New York, New York 10022
(212) 838-3333

**MEHRI AND SKALET**
1250 Connecticut Avenue NW
Suite 300
Washington, DC 20036
(202) 822-5100

**BERGER & GOTTLIEB**
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795

*Attorneys for Plaintiff*

By: ___Fran Rudich___
Fran L. Rudich (FR 7577)

**ASHE, RAFUSE & HILL, L.L.P.**
1355 Peachtree Street, N.E.
Atlanta, GA 30309-3232
(404) 253-6000

**ORRICK, HERRINGTON & SUTCLIFFE, L.L.P.**
666 Fifth Avenue
New York, NY 10103
(212) 506-5000

*Attorneys for Defendant*

By: _____
James J. Swartz (Pro Hac)