UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDFORD WOODY, individually and on behalf of all other persons similarly-situated,

    Plaintiff,

v.

CVS CAREMARK CORPORATION, d/b/a/ CVS, a Delaware Corporation

    Defendant.

---

5/23/2008

Case No.: 1:07-cv-08733-DAB

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff and Defendant,[1] that Plaintiffs may amend their complaint and that Defendant(s) reserve all rights and defenses with respect to Plaintiffs' proposed Amended Complaint, which is attached hereto.

**LOCKS LAW FIRM, PLLC**
110 East 55th Street, 12th Floor
New York, New York 10022
(212) 838-3333

**MEHRI AND SKALET**
1250 Connecticut Avenue, N.W.
Suite 300
Washington, D.C. 20036
(202) 822-5100

**BERGER & GOTTLIEB**
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795

*Attorneys for Plaintiff*
By: _____
Fran L. Rudich (FR 7577)

**ASHE, RAFUSE & HILL, LLP**
1355 Peachtree Street, N.E., Suite 500
Atlanta, Georgia 30309-3232
(404) 253-6000

**ORRICK, HERRINGTON & SUTCLIFFE, LLP**
666 Fifth Avenue
New York, New York 10103
(212) 506-5000

**SO ORDERED**
Deborah A. Ba[tts]

---
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

*Attorneys for Defendant*
By: _____
James J. Swartz, Jr. (Pro Hac)

---

[1] Defendant CVS Caremark Corp. has asserted the affirmative defense of lack of personal jurisdiction and accordingly hereby specially appears, specifically reserving its jurisdiction defense.