Jill L. Rosenberg
Aimee B. Florin
Heather A. Glatter
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Tel:   212-506-5000

Nancy E. Rafuse
Tracey T. Barbaree
James J. Swartz, Jr.
ASHE, RAFUSE & HILL, LLP
1355 Peachtree Street, N.E., Suite 500
Atlanta, Georgia 30309
Tel:   404-253-6000
(Admitted *Pro Hac Vice*)

Attorneys for CVS Caremark Corporation and
CVS Albany L.L.C.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SANDFORD WOODY, individually and on behalf of all other persons similarly-situated,<br><br>      Plaintiff,<br><br>  v.<br><br>CVS CAREMARK CORPORATION, d/b/a/ CVS, a Delaware Corporation, and<br>CVS ALBANY, L.L.C.<br><br>      Defendants. | Case No.:  1:07-cv-08733-DAB<br><br>**RULE 7.1 STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualifications or recusals, the undersigned counsel for CVS Albany, L.L.C. (a private, non-governmental party) ("Defendant"), certifies that its parent corporation is CVS Pharmacy, Inc.

Dated: New York, New York  
       June 19, 2008

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

Attorneys for Defendant CVS Caremark corporation

By:    /s/ Aimee B. Florin  
       Jill L. Rosenberg  
       Aimee B. Florin  
       Heather A. Glatter  
       666 Fifth Avenue  
       New York, New York 10103  
       Tel:   212-506-5000

Nancy E. Rafuse  
Tracey T. Barbaree  
James J. Swartz, Jr.  
ASHE, RAFUSE & HILL, LLP  
1355 Peachtree Street, N.E., Suite 500  
Atlanta, Georgia 30309  
Tel:   404-253-6000  
(Admitted *Pro Hac Vice*)