IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/26/2008
```

SANFORD WOODY, individually and on behalf of all other persons similarly-situated,

                Plaintiff,

v.

Case No. 1:07-cv-08733-DBA

CVS CAREMARK CORPORATION, d/b/a CVS, a Delaware Corporation

                Defendant.

### [AMENDED PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Fran L. Rudich, attorney for Sanford Woody and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Anna M. Pohl
    Mehri & Skalet, PLLC
    1250 Connecticut Ave., NW
    Suite 300
    Washington, DC 20036
    Phone Number: 202-822-5100
    Fax Number: 202-822-4997

is admitted to practice *pro hac vice* as counsel for Sanford Woody in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subjected to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

**SO ORDERED**

*Deborah A. Batts*
**DEBORAH A. BATTS**
**UNITED STATES DISTRICT JUDGE**
6/09



Dated:
City, State:

_____
Judge Deborah A. Batts