```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 26, 2008
```

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

SANFORD WOODY, individually and on
behalf of all other persons similarly-situated,

                Plaintiff,

v.                                          Case No. 1:07-cv-08733-DBA

CVS CAREMARK CORPORATION,
d/b/a CVS, a Delaware Corporation

                Defendant.

---

## [AMENDED PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Fran L. Rudich, attorney for Sanford Woody and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Cyrus B. Mehri

        Mehri & Skalet, PLLC

        1250 Connecticut Ave., NW

        Suite 300

        Washington, DC 20036

        Phone Number: 202-822-5100

        Fax Number: 202-822-4997

is admitted to practice *pro hac vice* as counsel for Sanford Woody in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subjected to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.



**SO ORDERED**

Deborah A. Batts    06/04

**DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE**

Dated:
City, State:

_____
Judge Deborah A. Batts