**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
SANFORD WOODY, Individually and on Behalf
of All Other Persons Similarly Situated,

                        Plaintiffs,

                                                          **07 CIVIL 8733**
          -against-

CVS CAREMARK CORPORATION, d/b/a CVS
A Delaware Corporation

                        Defendant.
-----------------------------------------------------------------x

### NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: ___Fran L. Rudich_____

[x]    *Attorney*

      [x]    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
              __FR7577_____

      [ ]    I am a Pro Hac Vice attorney

      [ ]    I am a Government Agency attorney

    *Law Firm/Government Agency Association*

      From: _____LOCKS LAW FIRM PLLC_____

      To: _____KLAFTER, OLSEN & LESSER LLP_____

[x]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[x]    *Address:* __Klafter, Olsen & Lesser LLP/1311 Mamaroneck Avenue, Suite 220/ White Plains, NY, 10605

[x]    *Telephone Number:* ____(914) 997 - 5656_____

[x] *Fax Number:* _____(914) 997 - 2444_____

[x] *E-Mail Address:* _____FRudich@klafterolsen.com_____

Dated: ___July 31, 2008_____   _/s/  Fran L. Rudich_____