**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SANFORD WOODY, Individually and on Behalf
of All Other Persons Similarly Situated,

                              Plaintiffs,

                                               **07 CIVIL 8733**

            -against-

CVS CAREMARK CORPORATION, d/b/a CVS
A Delaware Corporation

                              Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: ___Seth R. Lesser_____

[x]    *Attorney*

      [x]    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __SL5560_____

      [ ]    I am a Pro Hac Vice attorney

      [ ]    I am a Government Agency attorney

    *Law Firm/Government Agency Association*

    From: _____LOCKS LAW FIRM PLLC_____

    To: _____KLAFTER, OLSEN & LESSER LLP_____

[x]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ _____.

[x]    *Address:* __Klafter, Olsen & Lesser LLP/1311 Mamaroneck Avenue, Suite 220/ White Plains, NY, 10605

[x]    *Telephone Number:* ____(914) 997 - 5656_____

[x] *Fax Number:* _____ ____(914) 997 - 2444_ _____ _____ _

[x] *E-Mail Address:* _____SLesser@klafterolsen.com_____

Dated:  ___July 31, 2008_____   /s/  Seth R. Lesser_____